### STATE v. KAPLAN.

Decided June 2, 1925.

On motion to dismiss writ of error made by Justices PARKER and BLACK, May 28th.

For the state, *Albert H. Holland,* prosecutor of the pleas.

For the plaintiff in error, *William A. Kavanagh.*

Laid over till June 1st to afford plaintiff in error opportunity to perfect record.

June 1st. Plaintiff in error not appearing, writ of error ordered dismissed.